**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00105-CV**
_____

**KALLOP ENTERPRISES, LLC, OFFSHORE EXPRESS, INC., OFFSHORE SPECIALTY FABRICATORS, LLC, OFFSHORE INTERNATIONAL GROUP, OFFSHORE SHIPBUILDING, INC., AVID, LLC, AVID AIR, LLC, FAIRWAYS, INC., FAIRWAYS EXPLORATION AND PRODUCTION, LLC, PISCO PORTON, LLC, AND FS AIR SERVICES, INC., Appellants**

**V.**

**KLEIN INVESTIGATIONS AND CONSULTING, A DIVISION OF KLEIN INVESTMENTS, INC., Appellee**

_____

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-199,953-A**
_____

**MEMORANDUM OPINION**

Kallop Enterprises, LLC, Offshore Express, Inc., Offshore Specialty Fabricators, LLC, Offshore International Group, Offshore Shipbuilding, Inc., Avid, LLC, Avid Air, LLC, Fairways, Inc., Fairways Exploration and Production, LLC, Pisco Porton, LLC, and FS Air Services, Inc., Appellants, filed an unopposed motion

to dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 14, 2022
Opinion Delivered September 15, 2022

Before Golemon, C.J., Kreger and Horton, JJ.